Case 1:23-cv-02130-TWP-CSW    Document 1    Filed 11/27/23    Page 1 of 7 PageID #: 1

FILED
11/27/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

1:23-cv-2130-TWP-CSW

REVIEW OF PRISON DISCIPLINARY SANCTION

| United States District Court | District Southern District of Indiana |
|---|---|
| Name Antonio Rush | Prisoner No. 150144 | Case No. CIC-23-08-1411 |

Place of Confinement

Name of Petitioner (include name under which convicted)    Name of Respondent (Superintendent of the institution having custody over petitioner)

Antonio L. Rush    v. Warden Gardner

## PETITION

1. Name and location of prison disciplinary body that determined guilt of conviction under attack: CIF
5124 Reformatory Road
Pendleton, Indiana 46064

2. Date of judgment of conviction: September 18, 2023

3. Sanction(s) imposed: 1. Loss of 180 days good time credit days, 2. Loss of time earned class: 1 class, 3. 6 months Disciplinary restrictive housing.

4. Nature of all infractions (rule violations) involved: Conspiracy/Attempting/Aiding or Abetting in Trafficking.

5. What was your plea? (Check one)

    (a) Not Guilty ✓
    (b) Guilty ☐
    (c) Nolo contendre ☐

6. If you pleaded not guilty, what kind of hearing did you have? (Check one)

    (a) Hearing Officer ☐
    (b) Full Hearing ✓
    (c) Other Specify

7. Did you testify at the disciplinary hearing?   Yes ☑   No ☐

8. Did you appeal the decision of guilt and imposition of sanctions? Yes ☑   No ☐

9. If you did appeal, answer the following:

a. Name and title of institutional reviewing authority: CIF Warden Gardner

b. Result of appeal: Denied

c. Date of result: 10-10-23

d. Grounds raised: 1. Due process violation, 2. Report of Conduct failed to meet minimum requirements.

e. If you sought review from any denial of your appeal from a high reviewing authority, answer the following:

i. Name and title of higher reviewing authority: Deborah Reasoner Appeal Review Officer

ii. Result of higher appeal: Denied

iii. Date of result: 10-25-23

iv. Grounds raised: 1. Due process violation 2. Report of Conduct failed to meet minimum requirements.

10. Other than administrative appeals from the judgment of conviction and sanction(s), have you previously

-2-

filed any petitions, applications or motions with respect to this disciplinary sanction in any court, state or federal? Yes ☐ No ☑

11. If your answer to 10 was "yes," please give the following information:

a. (1) Name of court: _____

(2) Nature of proceeding: _____

_____

(3) Grounds raised: _____

_____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, motion or application? Yes ☐ No ☐

(5) Result: _____

(6) Date of result: _____

b. Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, motion or application? Yes ☐ No ☐

12. If you did *not* appeal from any adverse action of any petition, motion or application, explain briefly why you did not: This is the next level

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same. **CAUTION:** *In order to proceed in federal court, you must ordinarily first exhaust all available administrative appellate remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.*

-3-

A. Ground one: Due Process violation

Supporting FACTS (state *briefly* without citing cases or law): The defense requested contents of a confidential Intelligence and Investigations Report/file. The defense did not receive a summary of the report/file pertaining to this matter from the Investigators.

B.    Ground two: Due process violation

Supporting FACTS (state *briefly* without citing cases or law): The defense requested multiple documentary evidence such as surveillance of Thompson meeting the female. The defense requested recordings of the alledge co-conspirators planning or talking about the alledged trafficking. The defense requested all documented evidence that could be used against or in favor of the defense. The defense was denied and the reason was simply stated because it presents a safety and security concern.

-4-

C.    Ground three: Due process violation

Supporting FACTS (state *briefly* without citing cases or law): The defense was never presented with chain of custody documents pertaining to physical evidence.

D. Ground four: Report of Conduct failing to meet the minimum requirements.

Supporting FACTS (state *briefly* without citing cases or law): The report of conduct failed to provide the names of all alledge co-conspirators. The report of conduct failed to provide the roles the alledge conspirators played in the alledged attempted trafficking. The report of

-5-

conduct failed to provide how the alledged trafficking in the LIF facility would have transpired had it happen.

13. If any of the grounds listed in 12A, B, C and D were not previously presented in your administrative appeal, state *briefly* what grounds were not presented and give your reasons for not presenting them: _____

14. Do you have any petition, motion, application or appeal now pending in any court or before any administrative hearing body, either state or federal, as to the disciplinary action under attack?

Yes ☐  No ☑

15. Give the name and prison identification number or title of any inmate or staff law advocate who represented you in the following stages of the disciplinary proceeding under attack:

    a. Disciplinary hearing: __J. Joseph__

    b. Institutional level appeal: __N/A__

    c. Higher level appeal: __N/A__

-6-

WHEREFORE, petitioner prays that the Court grant petitioner the following relief __dismissal and all sanctions reversed__

_____

_____,

as well as any other relief to which the petitioner is entitled under law.

                                   *Antonio Rush*
                                   Signature of Petitioner

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: __11__ __14__ __2023__     *Antonio Rush*
          [Month]  [Day]  [Year]       Signature of Petitioner

-7-
IN FORMA PAUPERIS DECLARATION

# United States District Court
## _____ District of Indiana
## _____ Division