UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANTONIO L. RUSH, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 1:23-cv-02130-TWP-CSW |
| GARDNER Warden, | ) ) ) |
| Respondent. | ) |

## FINAL JUDGMENT

The Court now enters **FINAL JUDGMENT** in this action in favor of the respondent and against the petitioner. The petition for writ of habeas corpus relating to CIC 23-08-1411 is **denied** and this action is **dismissed with prejudice.**

Date: 3/19/2025

Kristine L. Seufert, Clerk

BY: _Carina Weed_
Deputy Clerk, U.S. District Court

_Tanya Walton Pratt_
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

ANTONIO L. RUSH
150194
CORRECTIONAL INDUSTRIAL FACILITY (CIF)
CORRECTIONAL INDUSTRIAL FACILITY
Inmate Mail/Parcels
5124 West Reformatory Road
PENDLETON, IN 46064

David Corey
INDIANA ATTORNEY GENERAL
david.corey@atg.in.gov